# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY R. COYLE, | ) NO. EDCV 10-01891-CAS (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| T.L. GONZALES (WARDEN), | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition For Writ of Habeas Corpus and Denying Certificate of Appealability,

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: <u>December 13, 2010</u>.

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE